IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>ABEDEL R. ANANI,<br><br>               Defendant. | **8:20CB12**<br><br>**ORDER** |

      This matter is before the court on Government's Motion to Dismiss (Filing No. 24). Government's Motion to Dismiss (Filing No. 24) is granted. This case which involves, Violation Notice 9183535-NE14, is dismissed. The Status Conference set for 1/26/2021 at 9:00 AM in Courtroom 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Susan M. Bazis is canceled.

      Dated this 6th day of January, 2021.

                                                                         BY THE COURT:

                                                                         s/ Susan M. Bazis
                                                                         United States Magistrate Judge